LDM
F. #2021R00600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

          Plaintiff,

  -against-

LINDA SUN,
    also known as "Wen Sun," "Ling Da
    Sun," and "Linda Hu," and
CHRIS HU,

         Defendants.

**Property Located at:** ▮▮▮▮▮▮▮▮▮▮,
  Honolulu, Hawaii 96814

**Title Owner:** ▮▮▮▮▮▮
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF PENDENCY

24-CR-346 (BMC)

      **NOTICE IS HEREBY GIVEN** that on or about August 26, 2024, an Indictment was filed in the above-captioned criminal case pending in United States District Court for the Eastern District of New York. In the Indictment, the United States provided notice of its intent to seek forfeiture of property, *inter alia*, the real property and premises located at ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Honolulu, Hawaii 96814 (the "Subject Property"), pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 982(b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c). A copy of the Indictment is attached hereto as Exhibit A.

      The record owner of the Subject Property is ▮▮▮▮▮▮. The Subject Property affected by this case is described as:

      **Address**: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
      Honolulu, Hawaii 96814
      **Lots**: ▮▮▮▮▮
      **Tax Map Key No.**: ▮▮▮▮▮

A more detailed description of the Subject Property is attached hereto as Exhibit B.

Accordingly, notice is hereby given that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 982(b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), the United States will seek forfeiture of the Subject Property.

**TO THE COUNTY CLERK FOR HONOLULU COUNTY, STATE OF HAWAII**:

You are hereby directed to index and record this notice in the appropriate county records against the real property and premises located at and known as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, **Honolulu, Hawaii 96814,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which is hereby affected by this criminal case, against the respective record owner of the Subject Property, and against the respective block and lot on the map of Honolulu County.

Dated:  Brooklyn, New York
        September 6, 2024

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York
                                        *Attorney for United States of America*
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

                                By:     *Laura Mantell*
                                        Laura D. Mantell
                                        Assistant U.S. Attorney
                                        (718) 254-6253
                                        Laura.Mantell@usdoj.gov

2