

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 31, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

<u>By Email and ECF</u>

       Re:    United States v. Sun, et. al.
                   <u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

       This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

       The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_046322-EDNY_046679 | Records from Flagstar Bank, formerly known as Signature Bank, previously produced as EDNY_009092-EDNY_009491 |

| Bates No. | Description of Item |
|---|---|
| EDNY_046680-EDNY_048594; EDNY_049785-EDNY_049948 | Supplemental Records from Flagstar Bank, formerly known as Signature Bank |
| EDNY_049595- EDNY_049601 | Body Camera Footage |
| EDNY_049602-EDNY_049608 | Selected Surveillance Footage from the Entity Identified in the Indictment as the "Wine Store," as well as an associated Report |
| EDNY_049609-EDNY_049704 | Financial Records Associated with the Entity Identified in the Indictment as the "Wine Store" |
| EDNY_049705-EDNY_049705 | Name List |
| EDNY_049706-EDNY_049755 | Selected Travel Records |
| EDNY_049756-EDNY_049763 | DMV Records |
| EDNY_049764-EDNY_049784 | Draft Translation of Chat Messages Between Linda Sun and Family Members |
| EDNY_049949-EDNY_049968 | Open Source Records |

In addition, please find the following materials produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which are contained on encrypted hard drives produced separately to counsel for the respective defendant.

| Bates No. | Description of Item |
|---|---|
| EDNY_049969 | Responsive Report for one silver Macbook Pro, serial number ▮▮▮▮▮▮▮▮▮▮, that was seized at the Sun and Hu Residence |
| EDNY_049970 | Responsive Reports for one blue- and white-colored USB and one white-colored, 32G USB with "China import and export fair" label, that were seized at the Sun and Hu Residence |

2

| Bates No. | Description of Item |
|---|---|
| EDNY_049971 | Responsive Reports for one red- and black-colored SanDisk USB with "CHRIS" label that was seized at the Sun and Hu Residence |
| EDNY_049972 | Responsive Reports for one 16 GB silver-colored Lexar USB that was seized at the Sun and Hu Residence |
| EDNY_049973 | Forensic images of one Dell Optiplex 3090, service tag [redacted] and one Dell Optiplex 3090, serial number [redacted], that were seized at the Entity Identified in the Indictment as the "Wine Store" |
| EDNY_049974 | Responsive Reports of one Dell Optiplex 3090, service tag [redacted], and one Dell Optiplex 3090, serial number [redacted], that were seized at the Entity Identified in the Indictment as the "Wine Store" |
| EDNY_049975 | Responsive Reports for an Electronic Devices of the Person Identified in the Indictment as "CC-1" |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
      Alexander A. Solomon
      Robert M. Pollack
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of the Court (BMC) (by ECF) (without download link)