# BRACEWELL

February 21, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Linda Sun, and Chris Hu, 24-CR-346 (BMC)*

Your Honor:

    We represent Chris Hu in the above-referenced matter and write to join in co-defendant Linda Sun's supplemental letter to her motion to dismiss filed February 21, 2025. *See* Dkt. 69. More specifically, we join in Ms. Sun's motion to dismiss Counts Eight through Thirteen of the superseding indictment as alleged against Mr. Hu for the reasons stated therein.

Respectfully,

*Seth D. DuCharme*

Mr. Seth D. DuCharme
Partner

cc: Counsel of Record (via ECF)

**Mr. Seth D. DuCharme**
Partner

T:+1.212.508.6165    F: +1.800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-6118
seth.ducharme@bracewell.com    bracewell.com

AUSTIN  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  PARIS  SAN ANTONIO  SEATTLE  WASHINGTON, DC