# EXHIBIT E

**FD-886 (Rev. 4-13-15)**

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 5

| Date: | 7/22/2024 | Case ID: | ████████ |
|---|---|---|---|
| Location: | ████████████ | | |

Preparer/Assistants:
SA ████████

Personnel (full names and initials):
████████

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | | Packaging Method | Comments (if needed) |
|---|---|---|---|---|
| 0.1 | Purple folder with "Congresswoman Grace Meng" forms re: immigration issues | | Paper | |
| 0.10 | Business cards in black miniature file cabinet | | Paper | |
| 0.11 | Gold-colored USB with beads and string in box | | Plastic | |
| 0.12 | Blue and white USB with blue string | | Plastic | |
| 0.13 | Doll USB with red string | | Plastic | |
| 0.2 | 2023 planner with "good things are coming" on front INO Linda Sun with handwritten notes | | Paper | |
| 0.3 | Pink 2021 Planner with handwritten notes | | Plastic | |
| 0.4 | Pink 2022 Planner with handwritten notes | | Plastic | |
| 0.5 | Consulate card of Dr. Yumin Zhao in green/silver business card holder | | Plastic | |
| 0.6 | Consulate General of China Coin in red box | | Plastic | |

**FD-886 (Rev. 4-13-15)**

## EVIDENCE COLLECTED ITEM LOG

Page 2 of 5

*Print Legibly. More than one line may be used for each item, if necessary.*

| 0.7 | SIM card 8901260842161711990 40.90 in red envelope | | Plastic | |
|---|---|---|---|---|
| 0.8 | Letter from CG PRC Ambassador Zhuang Qiyue and envelope | | Plastic | |
| 0.9 | Folder with 5 contribution slips and checks for Governor Kathy Hochul | | Paper | |
| 1.1 | Silver Apple iMac All in One Desktop, model A1419, S/N C02T2312GG7L with cord | | Cardboard Box | |
| 1.10 | Gray and white plate with H in center and orange Hermes box | | Paper | |
| 1.11 | Red box and wooden floral art piece | | Paper | ***NOT SEIZED*** |
| 1.12 | $10,015 in USD with post-it with "Leivine side $515" | | Kapak | |
| 1.13 | Gold-colored Apple iPhone X, model A1921, IMEI 353102103061625, with T-Mobile SIM card with clear case | | Plastic | |
| 1.14 | Files/business records to include Saxony, Anderson, Golden, car, Foodie, tax and bank docs, SEAP | | Cardboard Box | |
| 1.15 | 16 GB silver Lexar USB with keychain | | Plastic | |
| 1.16 | Red and black SanDisk USB with "CHRIS" label | | Plastic | |
| 1.17 | 1000g silver Chinese coin for year of Monkey 2016 with PRC national emblem & certificates and blue bag | | Plastic | |
| 1.18 | 2 micro SD cards - 1 Lexar 16GB, 1 1GB Kingston | | Plastic | |
| 1.19 | Silver Apple Mac Mini Model A2686, S/N VXMXYV7Y20 power cord | | Plastic | |
| 1.2 | White USB with blue tassle with "China Import and Export Fair" 32 GB | | Plastic | |

**FD-886 (Rev. 4-13-15)**

## EVIDENCE COLLECTED ITEM LOG

Page 3 of 5

*Print Legibly. More than one line may be used for each item, if necessary.*

| 1.20 | Silver Apple iPad, model A2013, S/N DMPXL2DMKD8C with clear case | | Plastic | |
| 1.21 | Blue Apple iPhone 12 Pro, model A2341, IMEI 353074119893467 | | Plastic | |
| 1.22 | Black iPhone X, model A1984, IMEI 353058101111053 with cracked back of phone | | Plastic | |
| 1.23 | Linda Hu current passport ▮▮▮▮▮▮, Chris Hu current passport ▮▮▮▮▮ expired passports INO Linda Hu, Chris Hu, ▮▮▮▮▮ | | Plastic | |
| 1.24 | iPhone with red case, IMEI 358790736362249 | | Plastic | Found powered on, placed into airplane mode |
| 1.25 | One iPhone with clear case, IMEI 357879435916222 | | Plastic | Found powered on, placed in airplane mode |
| 1.3 | Blue, pink, and orange folders containing monetary benefit determination documents | | Paper | |
| 1.4 | Invitation to 70 year PRC Celebration for Linda Sun, Sept 29, 2019, and PRC Celebration Reception, Sept 28, 2019 | | Plastic | |
| 1.5 | Tapestry from Henan Provincial Government Visit 2018 in brown bag with Chinese characters | | Paper | |
| 1.6 | Gray Apple iPhone 7, model A1660, IMEI 354912097607830, clear case | | | |
| 1.7 | Gray Dell Latitude 5400, S/N 72QWZY2 with power cord | | Paper | |
| 1.8 | 2 boxes with 3 panoramic photos, 2 event badges, 2 group photos, 1 blue bag with items re: discovery trip to China | | Paper | |
| 1.9 | White plate with blue flowers and tan box | | Paper | Box found in Room CC in left cabinet under shelves |
| 2.1 | Hermes sandals in dust bags in orange box with "sandales santorini rose porcelaine" | | Paper | |
| 2.10 | Sealed red Baccarat box with "RM LXIII CACHET FLEUR LYX V2" | | Paper | |

**FD-886 (Rev. 4-13-15)**

# EVIDENCE COLLECTED ITEM LOG

Page 4 of 5

*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | |
|---|---|---|---|---|
| 2.11 | Yellow "Speedmaster" Omega watch with white band and yellow and black box | | Paper | Box found near watch |
| 2.12 | Hermes bag with orange box with "BI France/Ecru-Noire/Fauve" | | Paper | |
| 2.13 | Brown-checked Louis Vuitton tote bag with shoulder strap with brown box | | Paper | |
| 2.14 | Beige Hermes bag with scarf handle and orange box | | Paper | |
| 2.15 | Black Hermes bag with scarf with orange box and verification | | Paper | |
| 2.16 | Small green Hermes bag with scarf, long strap, and verification and orange box | | Paper | |
| 2.17 | Black quilted Chanel shoulder bag with certificate and box and receipt INO David Wei | | Paper | |
| 2.18 | White Christian Dior bag with yellow hardware and white box | | Paper | |
| 2.19 | Orange Prada bag with white felt filler | | Paper | |
| 2.2 | Hermes sandals, size 36 1/2, in dust bags and orange box with ribbon | | Paper | |
| 2.20 | Mint Omega watch with paperwork with 13009207661 and box | | Paper | Watch was found loose in front of box |
| 2.21 | Red and white Omega "Speedmaster" watch and black and red box with paperwork 13007813637 | | Paper | Watch found was loose in front of box |
| 2.22 | Men's Tiffany ring with PT950 inside band | | Plastic | ***NOT SEIZED*** |
| 2.23 | Patek Philippe Aquanaut Rose Automatic Tropical Band watch with box, brown case, dust bag, and receipt INO Chris Hu | | Paper | Box and watch found separately, box was found in safe in GG |
| 2.24 | Rose-gold colored Cartier watch with maroon band and extra bands in maroon and cream box | | Paper | Box and watch found separately, box was on shelf 4 of glass shelves |

**FD-886 (Rev. 4-13-15)**

# EVIDENCE COLLECTED ITEM LOG

Page 5 of 5

*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | |
|------|------|------|------|------|
| 2.25 | Chinese New Year invitations 2023 | | Plastic | |
| 2.26 | Rolex GMT - Master II Watch with paperwork and box, Model 126710BLRO, S/N N43N5317 | | Paper | Box and watch found separately, box was in safe in GG |
| 2.27 | Silver-in-color Rolex with paperwork and box, S/N E06G1183, Model M116520 | | Paper | Box and watch found separately, box was in safe in GG |
| 2.28 | Silver-colored Cartier wristwatch | | Plastic | |
| 2.29 | Silver-colored ring with single stone | | Plastic | |
| 2.3 | Brown Louis Vuitton bag with maroon interior in tan Louis Vuitton dust bag | | Paper | |
| 2.30 | Silver laptop Macbook Pro, S/N C02T89XXGTFL with charger | | Paper | |
| 2.31 | Black Louis Vuitton wallet in orange box and bag with receipt INO Linda Sun | | Paper | |
| 2.4 | Brown checkered Louis Vuitton tote bag with red-striped interior with box with barcode inside | | Paper | |
| 2.5 | Ross Simons 14k Tree of Life Necklace in box with plastic bag and receipt INO "Shirley Wu" with gift message | | Plastic | |
| 2.6 | Tiffany bag with white metal key necklace with yellow and clear-colored stones | | Plastic | |
| 2.7 | Effy white-colored metal earrings with 3 stones each and white metal bracelet with stones, in green boxes with paperwork | | Paper | |
| 2.8 | Van Cleef & Arpels Alhambra necklace and bracelet with boxes, packaging, and authenticity certificates | | Paper | |
| 2.9 | Baccarat clear ox in red box with white ribbon | | Paper | |