# EXHIBIT F

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 1

**Date:** 8/9/2024  **Case ID:** [redacted]
**Location:** 3370 Farrington St, Flushing, NY 11354
**Preparer/Assistants:** [redacted]

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|
| 1 | Sandisk Cruzer 8GB USB drive, red and black in color | C | Plastic | |
| 2 | Dell computer tower Optiplex 3090, service tag 6B79RN3 | C | Paper | |
| 3 | July 2024 Envelope with register summary receipts | C | Paper | |
| 4 | Silver Dell XPS with laptop charger | C | Paper | |
| 5 | NVR, model: NR32P6-16, S/N G74232739 | C | Paper | |
| 6 | Dell Optiplex 3090, S/N H879RN3 | C | Paper | |