UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                        24-CR-346 (S-1) (BMC)

LINDA SUN and CHRIS HU,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Eli Ross, Trial Attorney in the U.S. Department of Justice, National Security Division, from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Eli Ross
        Trial Attorney, U.S. DOJ NSD
        950 Pennsylvania Ave. NW
        Washington, D.C. 20530
        Telephone: 202-616-5447
        Email: Eli.Ross2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Eli Ross at the email address set forth above.

Dated: Washington, D.C.
       June 17, 2025

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

By:   /s/ *Eli Ross*
       Eli Ross
       Trial Attorney
       Counterintelligence & Export Control Section
       National Security Division
       U.S. Department of Justice

cc: Clerk of the Court (BMC)