U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/ADR/AS　　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2021R00600　　　　　　　　　　　　　　　　*Brooklyn, New York 11201*

October 21, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　Re:　United States v. Linda Sun, et al.
　　　　　　　　Criminal Docket No. 24-346 (S-4) (BMC)

Dear Judge Cogan:

　　　　The government respectfully submits this letter to memorialize that, earlier today, it made a classified submission in opposition to the defendants' classified motion filed on October 20, 2025. The government made this submission via hand delivery coordinated with the Classified Information Security Officer and Your Honor's Chambers.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH NOCELLA, JR.
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　　/s/
　　　　　　　　　　　　　　　　　　Alexander A. Solomon
　　　　　　　　　　　　　　　　　　Robert M. Pollack
　　　　　　　　　　　　　　　　　　Andrew D. Reich
　　　　　　　　　　　　　　　　　　Amanda Shami
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　　(718) 254-7000

cc:　　Clerk of the Court (by ECF)
　　　　Defense counsel (by ECF)