**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LINDA SUN, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and<br>CHRIS HU,<br><br>Defendants. | Case No. 24 Cr. 346 (S-4) (BMC) |
|---|---|

**NOTICE OF FILING UNDER SECTION 6 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

Ms. Sun and Mr. Hu, through their attorneys Jarrod Schaeffer and Seth DuCharme, jointly file this Notice of Filing Under Section 6 of the Classified Information and Procedures Act ("CIPA"). Today, October 22, 2025, Ms. Sun and Mr. Hu jointly filed via the Classified Information Security Office, a classified Motion under CIPA Section 6.

Dated: October 22, 2025

Respectfully submitted,

/s/ *Jarrod L. Schaeffer*
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

*Attorney for Linda Sun*

/s/ *Seth D. DuCharme*
Seth D. DuCharme
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY 10019
(212) 508-6100
seth.ducharme@bracewell.com

*Attorney for Chris Hu*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2025, I electronically filed the above Notice of Filing Under Section 6 of the Classified Information and Procedures Act using the Court's electronic filing system, and an electronic notification of the same was sent automatically to all counsel of record.

/s/ *Seth D. DuCharme*

Seth D. DuCharme