U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/RMP/AS/ADR  
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

October 28, 2025

By Email and ECF

Kenneth Abell  
Jarrod L. Schaeffer  
Abell Eskew Landau LLP  
256 Fifth Avenue, 5th Floor  
New York, NY 10001

Seth DuCharme  
Nicole Boeckmann  
Bracewell LLP  
31 W. 52nd Street, Suite 1900  
New York, NY, 10019-6118

    Re: United States v. Sun, et. al.  
       Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

    This letter will be accompanied by a link to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

    The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
|---|---|
| EDNY_152899 | Records from New York State Executive Chamber |
| EDNY_152900-EDNY_152906 | Records from Adam Baruch |
| EDNY_152907-EDNY_152964 | Attachment to Agent Reports |

| Bates No. | Description of Item |
|---|---|
| EDNY_152965-EDNY_153141 | Replacement translation for the document previously produced at EDNY_143500-EDNY_143705, which corrects unreadable transcription errors in the translation. |
| EDNY_000108, EDNY_000170, EDNY_000495, EDNY_000497, EDNY_000694, EDNY_000717, EDNY_000722, EDNY_000724, EDNY_000726, EDNY_001510, EDNY_001730, EDNY_001731, EDNY_001735, EDNY_001736, EDNY_001752, EDNY_001763, EDNY_001765, EDNY_001768, EDNY_001770, EDNY_001854, EDNY_002524, EDNY_002629, EDNY_002699, EDNY_002868, EDNY_002930, EDNY_003131, EDNY_003515, EDNY_003886, EDNY_003897, EDNY_003933, EDNY_003938, EDNY_003971, EDNY_004005, EDNY_004041, EDNY_004109, EDNY_004196, EDNY_004229, EDNY_004381, EDNY_004383, EDNY_004447, EDNY_004451, EDNY_004470, EDNY_004471, EDNY_005269, EDNY_005275, EDNY_005284, EDNY_005313, EDNY_005322, EDNY_005343, EDNY_005390, EDNY_005433, EDNY_005545, EDNY_005549, EDNY_005601, EDNY_005690, EDNY_006100, EDNY_006273, EDNY_006410, EDNY_006516, EDNY_006521, EDNY_007654 | Reproduction of documents from Executive Chamber for which only placeholder documents were previously produced as part of the September 24, 2024 production |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Amanda Shami
Andrew D. Reich
Assistant U.S. Attorneys
(718) 254-7000