

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/RMP/AS/ADR  
F. #2021R00600

271 Cadman Plaza East  
Brooklyn, New York 11201

October 31, 2025

By Email and ECF

Kenneth Abell  
Jarrod L. Schaeffer  
Abell Eskew Landau LLP  
256 Fifth Avenue, 5th Floor  
New York, NY 10001

Seth DuCharme  
Nicole Boeckmann  
Bracewell LLP  
31 W. 52nd Street, Suite 1900  
New York, NY, 10019-6118

      Re:    United States v. Sun, et. al.  
                 Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

      This letter will be accompanied by a link to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

      The following documents were recently obtained by the government during the course of the investigation or recently authorized for production:

| Bates No. | Description of Item |
|---|---|
| EDNY_153336-EDNY_153338 | NYS Commission on Ethics and Lobbying in Government Records |

2

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

    Very truly yours,

    JOSEPH NOCELLA, JR.
    United States Attorney
    Eastern District of New York

By:   /s/ Alexander A. Solomon
    Alexander A. Solomon
    Robert M. Pollack
    Amanda Shami
    Andrew D. Reich
    Assistant U.S. Attorneys
    (718) 254-7000