# BRACEWELL

November 3, 2025

**BY ECF**

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Linda Sun and Chris Hu*, 24 CR-346 (BMC)

Dear Judge Cogan:

We represent Chris Hu in the above-referenced matter. We write to inform the Court that Kimberly Kirschenbaum, who previously appeared as counsel for Mr. Hu, no longer works for Bracewell LLP and is not otherwise involved in Mr. Hu's representation. Accordingly, we ask that she be terminated from the docket.

Respectfully submitted,

/s/ David A. Shargel

David A. Shargel

cc: Counsel of record (via ECF)

**David A. Shargel**
Partner

T: +1.212.508.6154   F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
david.shargel@bracewell.com   bracewell.com