

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/ADR/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2025

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Linda Sun, et al.
                Criminal Docket No. 24-346 (S-4) (BMC)

Dear Judge Cogan:

      The government respectfully submits for the Court's approval the enclosed Stipulation and Waiver of jury trial as to the criminal forfeiture allegations in the above-captioned superseding indictment, signed by the parties and counsel. As set forth in the Stipulation and Waiver, in the event the defendants are convicted at trial, they have waived their right to have a jury determine forfeiture matters and the parties instead request that forfeiture be determined by the Court. This includes the assets identified in the indictment and any forfeiture money judgment the government may seek.

      We appreciate the Court's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:         /s/
Alexander A. Solomon
Robert M. Pollack
Andrew D. Reich
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (by Email and ECF)
       Defense counsel (by Email and ECF)