# BRACEWELL

November 5, 2025

**BY ECF**

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Linda Sun and Chris Hu*, 24 CR-346 (S-4) (BMC)

Dear Judge Cogan:

    Counsel for Mr. Hu writes pursuant to Administrative Order No. 2025-02 to respectfully request that Whitney Martin, a paralegal that is part of Mr. Hu's defense team, be permitted to bring one cellphone and two laptop computers to all proceedings in the above-captioned matter. Ms. Martin's access to these devices for the duration of trial will be an important part of the defense team's efforts at, and in preparation for, trial.

Respectfully submitted,

/s/ Anissa L. Adas

Anissa Adas


cc: Counsel of Record (via ECF)

**Anissa L. Adas**
Associate

T: +1.212.938.6403    F: 800.404.3970
31 W. 52nd Street, Suite 1900, New York, New York 10019-0019
anissa.adas@bracewell.com    bracewell.com