

JARROD L. SCHAEFFER
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

December 3, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)

Your Honor:

    We represent Linda Sun in the above-referenced matter and, on behalf of both defendants, respectfully submit this letter to facilitate further scheduling by the Court and the parties.

    After the Court ordered the government to produce a copy of GX-108, the defense conferred with the government, which advised that it would require a 1 Terabyte hard drive to produce a copy of the relevant extractions. The defense provided that drive before the end of trial today and is presently awaiting receipt of the copied extractions.

    Given the estimated size of the extractions and the fact that materials from GX-108 used by the government have not been in English, the defense anticipates that reviewing the extractions after they are received will require substantial time and resources. As such, the defense believes that an adjournment until after the holidays, as suggested by the Court earlier today, is the most prudent course at this stage.

    We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        */s/ Jarrod L. Schaeffer*

                        Jarrod L. Schaeffer

                        ABELL ESKEW LANDAU LLP
                        256 Fifth Avenue, 5th Floor
                        New York, NY 10001
                        (646) 970-7339
                        jschaeffer@aellaw.com

cc: Counsel of Record (via ECF)