UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF SUSTENANCE |
| -against- | 24-cr-00346-BMC |

Linda Sun et al,

                            Defendant.
-----------------------------------------------------------------X

**It is hereby ORDERED** that the Marshal supply proper:

( ) LODGING

(X) SUSTENANCE
    to the (14) jurors in the above-entitled case

( ) TRANSPORTATION

( ) DURING SELECTION

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

DATED: Brooklyn, New York
           December 16, 2025

                                            /s/ Brian M. Cogan
                                            BRIAN M. COGAN
                                            United States District Judge