

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM:AAS/RMP/ADR/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2026

<u>By ECF</u>

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Linda Sun
<u>Criminal Docket No. 24-346 (S-4) (BMC)</u>

Dear Judge Cogan:

      Pursuant to the Court's directives, the parties provide a joint update in advance of the conference in this matter, currently scheduled for January 26, 2026. Since conclusion of the jury trial, the parties have been engaged in good faith plea negotiations. Yesterday, the government extended formal plea offers to each defendant; both plea offers are set to expire on February 2, 2026. Considering the ongoing plea negotiations as well as the possibility that the defendants may require new counsel, the government does not oppose the defendants' request to postpone any retrial to the fall of 2026 but is flexible as to the precise trial date.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:      /s/ Alexander A. Solomon
      Alexander A. Solomon
      Robert M. Pollack
      Andrew D. Reich
      Amanda Shami
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (by ECF)
      Defense counsel (by email)